(No. 5615-)

MOBIL OIL CORPORATION, A Corporation, Claimant, vs. STATE OF ILLINOIS, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed August 30, 1971.*

GIFFIN, WINNING, LINDNER, NEWKIRK AND COHEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.